BEFORE THE FIRST DIVISION, AUGUST 14, 1952

**No. 56831.**—Fred Frankel & Sons et al. *v.* United States, protests 176970–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass articles or ballotini the same in all material respects as that the subject of Abstract 56282, the claim of the plaintiffs was sustained as to protests 174841–K and 156978–K. Protest 176970–K, having been formally abandoned by the plaintiffs or their attorney, was dismissed.

BEFORE THE SECOND DIVISION, AUGUST 20, 1952

**No. 56832.**—The A. W. Fenton Co. and Capt. Hill *v.* United States, protest 181945–K (New York).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of parts of radar equipment the same in all material respects as the radar equipment the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment parts were held dutiable as claimed.

**No. 56833.**—Fabrikant Steel Products, Inc. *v.* United States, protests 175486–K, 175598–K, and 175166–K (New York).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of lead scrap of which metal is the component material of chief value and that it is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.